STATE OF KANSAS, *Appellant*, v. MICHAEL R. WARREN, *Appellee*.

No. 47,809

Opinion filed December 13, 1975.

*William P. Coates, Jr.*, assistant district attorney, argued the cause, and *Curt T. Schneider*, attorney general, and *Margaret W. Jordan*, district attorney, were with him on the brief for the appellant.

*Bruce F. Landeck*, of Lowe, Terry & Roberts, of Olathe, argued the cause, and was on the brief for the appellee.

*Per Curiam*: Reversed with directions.

ROBERT CHESTER WEATHERS, *Appellant*, v. STATE OF KANSAS, *Appellee*.

No. 47,816

Opinion filed December 13, 1975.

*T. L. O'Hara*, of Warner, Bailey, O'Hara & Fitts, of Wichita, argued the cause, and was on the brief for the appellant.

*Robert L. Kennedy, Jr.*, assistant district attorney, argued the cause, and *Curt T. Schneider*, attorney general, *Keith Sanborn*, district attorney, and *Stephen M. Joseph*, assistant district attorney, were on the brief for the appellee.

*Per Curiam*: Affirmed.

JOHN B. FINLEY, *Appellant*, v. STATE OF KANSAS, *Appellee*.

No. 47,828

Opinion filed November 8, 1975.

*Frank R. Cobb*, of Hill, Mason & Gilchrist, of Wichita, was on the brief for appellant.

*Stephen M. Joseph*, assistant district attorney, and *Curt T. Schneider*, attorney general, were on the brief for the appellee.

*Per Curiam*: Affirmed.

MILLER, J., not participating.